UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAURICE LEONARD BROWN
    Plaintiff,

v.                                  Case No. 5:24cv162-TKW-MJF

KALEB WELLS
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15) and Plaintiff's objections (Doc. 17). The Court reviewed the issues raised in the objection de novo, as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3). Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed with prejudice because the complaint fails to state a claim upon which relief can be granted.[1]

Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Based on this conclusion, the Court need not consider whether the case could also be dismissed because of Plaintiff's failure to disclose his litigation history.

2.	This case is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim on which relief can be granted.

3.	The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 21st day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**